# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GIOVANNI CORREA,**

    **Plaintiff,**

v.                                          Case No: 6:17-cv-676-Orl-28TBS

**HOUSE OF GLASS, INC. and LEON CRUZ,**

    **Defendants.**

## ORDER

This case is before the Court on the Second Renewed Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims with Prejudice (Doc. 41). The assigned United States Magistrate Judge has submitted a Report (Doc. 42) recommending that the motion be granted. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Renewed Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims with Prejudice (Doc. 41) is **GRANTED**. The parties' settlement agreement (Doc. 41-1) is **APPROVED** and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 8, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record